IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JUSTIN ERIC WILLIAMS, | : | |
| Plaintiff | : | |
| VS. | : | CIVIL ACTION NO. 5:09-CV-443 (HL) |
| JONES COUNTY LEC, | : | |
| Defendant | : | **ORDER** |

Plaintiff **JUSTIN ERIC WILLIAMS**, a pretrial detainee at the Jones County Law Enforcement Center in Gray, Georgia, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. Plaintiff also sought leave to proceed *in forma pauperis*.

The Court ordered plaintiff to pay an initial partial filing fee in the amount of $12.00. Plaintiff failed to pay the initial partial filing fee.

Therefore, in an Order to Show Cause dated March 2, 2010, the Court ordered plaintiff to show cause to the Court why his case should not be dismissed for failure to pay the initial partial filing fee. Plaintiff was ordered to advise the court: (1) what attempts, in any, he made to pay the required initial partial filing fee; (2) whether he requested prison officials to withdraw the required amount from his account and to submit it to the Court; and (3) whether he wished to proceed with his lawsuit.

Plaintiff responded and requested an extension to pay the required $12.00. On March 29, 2010, the Court granted this extension and informed plaintiff that he had until April 12, 2010 to pay the initial partial filing fee. The Court also informed plaintiff that his civil action would be dismissed without further notice if he failed to pay $12.00 by April 12, 1010.

Plaintiff has failed to pay the initial partial filing fee or respond to the March 29, 2010 Order. Because of his repeated failure to comply with the Court's instructions, plaintiff's case is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 19th day of April, 2010.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT COURT

lnb